1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ELBERT JACKSON, JR.,                    Case No. ED CV 16-01850 PSG (AFM)

12                    Petitioner,
                                            **JUDGMENT**
13          v.

14  J. GASTELO,

15                    Respondent.

16

17       Pursuant to the Order Accepting Findings and Recommendations of the

18  United States Magistrate Judge,

19       IT IS ORDERED AND ADJUDGED that the Petition is denied and the

20  action is dismissed with prejudice.

21

22  DATED:  2/8/17

23

24                                          _____

25                                               PHILIP S. GUTIERREZ
                                            UNITED STATES DISTRICT JUDGE
26

27

28